McEwen Brothers, Respondent, *v.* Ledrue Billings, Appellant, Impleaded with Another.

*McEwen Brothers v. Billings, 171 App. Div. 974, affirmed.*
(Argued March 17, 1919; decided April 8, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1915, affirming a judgment in favor of plaintiff entered upon a verdict. The complaint alleged that the plaintiff was a domestic corporation; that in or about the month of July, 1905, the defendants and one Frank B. Whitney were engaged in operating a certain oil lease in the town of Wirt, Allegany county, N. Y., on premises known as the David Deyoe and Elisha Hyde farms, as copartners, under the firm name and style of " The Billings Oil Company," and engaged in the business of drilling for and producing petroleum oil and gas; that on the 21st day of July, 1905, the plaintiff sold to the defendants and said Whitney, under the name of the Billings Oil Company, at Bolivar, N. Y., goods, wares and merchandise consisting of oil well

supplies for the said lease on the Hyde and Deyoe farms for the value and agreed price of $385.54, for which they promised and agreed to pay, but that no part thereof had been paid though due and owing before the commencement of the action and that defendants were the sole survivors of the Billings Oil Company. The defendant Billings by his answer admitted the corporate entity of the plaintiff but denied each and every other allegation of the complaint.

*M. B. Jewell* for appellant.

*Frank B. Church* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.